AO 108 (Rev. 06/09) Application for a Warrant to Seize Property Subject to Forfeiture

# UNITED STATES DISTRICT COURT
### for the
District of South Carolina    ▼

| | |
|---|---|
| In the Matter of the Seizure of<br>*(Briefly describe the property to be seized)*<br>The vehicles and cash more particularly described in the affidavit of SA Jordan Vaughn dated September 8, 2023 | )<br>)<br>)  Case No.  4:25CR168 TER<br>)<br>) |

## APPLICATION FOR A WARRANT
## TO SEIZE PROPERTY SUBJECT TO FORFEITURE

I, a federal law enforcement officer or attorney for the government, request a seizure warrant and state under penalty of perjury that I have reason to believe that the following property in the _____ District of _____South Carolina_____ is subject to forfeiture to the United States of America under ___18___ U.S.C. § __981(a)(1)(C)__ *(describe the property)*:

Vehicles and cash more particulary described in the affidavit of Special Agent Jordan Vaughn dated September 8, 2023.

The application is based on these facts:

See attached affidavit of Special Agent Jordan Vaughn dated September 8, 2023.

☐ Continued on the attached sheet.

_Jordan Vaughn_
*Applicant's signature*

_____Special Agent Jordan Vaughn_____
*Printed name and title*

Sworn to me via telephone or other reliable electronic means and signed by me pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3).

Date: _Sept 8 2023_

_____
*Judge's signature*

City and state:  Florence, South Carolina

_____The Honorable Thomas E. Rogers, III_____
*Printed name and title*